# United States District Court
## Violation Notice

MP 93

CVB Scan 05-12-2014 10:10:43

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4070378 | Benz | 223 |

4070378

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 02/2/14  0545 AM | 31) 21-801(b) |

Place of Offense

S/B BW PKWY @ 32

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Fail to control speed to
Avoid Collision

### DEFENDANT INFORMATI

| Last Name | First Name | M.I. |
|---|---|---|
| Parker | MARY | JC |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 734 22H | Conn. | 13 | Nissan | | Blk |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

| | |
|---|---|
| $ | Forfeiture Amount |
| | + $25 Processing Fee |
| PAY THIS AMOUNT → $ | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)                    Original - CVB Copy

---

(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident